# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

| | |
|---|---|
| **ADV:** | 08-90363 |
| | **RIBSY PRODUCTIONS, LLC, A LIMITED LIABIL VS AURORA LOAN SERVICES, INC., A DELAWARE C** |
| **Debtor:** | RISBY PRODUCTION, INC |
| **Case Number:** | 08-07393-LA11      **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 29, 2009 02:30 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | COLLETTA BROOKS |

### *Matter:*

DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

### *Appearances:*

AJAY GUPTA, ATTORNEY FOR RIBSY PRODUCTIONS, LLC, A LIMITED LIABIL
ELLEN CHA, ATTORNEY FOR AURORA LOAN SERVICES, INC., A DELAWARE C

### *Disposition:*

Procedural Ruling:
Motion to Strike Late Reply GRANTED.  Reply to reply also not considered as it was unauthorized.

Substantive Ruling:
Motion to dismiss GRANTED.  Dismissal without prejudice.  Litigation was not scheduled as an asset of the estate.  Schedules reflect only that debtor owns the real property; claims against Aurora not scheduled.

To the extent debtor is asserting rights as the borrower/mortgagor, they are not scheduled as such.  Further, it appears that such claims would be barred because transfer from Sky to debtor was not authorized by Aurora.  Finally, at this point, any litigation claims are purely state law matters.  Stay relief has been granted as to the realty because payments did not commence on this single asset real estate during the 90 days after the case was filed; there are no unsecured creditors; there is no business to reorganize.  This case bears almost all badges of a bad faith filing.

In Court Disposition-Motion is Granted to Dismiss,jurisdiction is retained for 60 days for Defendant to bring a fee motion, Order to be Lodged by Ms. Cha.